JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLENE THIE, | Case No. CV 21-1718 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANTHONY CHRISTOPHER, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 1st day of June, 2021.

/s/
Fernando M. Olguin
United States District Judge